IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Austin, Kecia

Printed: 8/19/08

Case Number: 07 B 05959
Judge: Hollis, Pamela S
Filed: 4/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 23, 2008
Confirmed: July 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,175.00 |  |
| Secured: |  | 3,144.45 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,684.00 |
| Trustee Fee: |  | 332.71 |
| Other Funds: |  | 13.84 |
| Totals: | 6,175.00 | 6,175.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 2,484.00 |
| 2. | Robert J Semrad & Associates | Administrative | 200.00 | 200.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Deutsche Bank National | Secured | 0.00 | 0.00 |
| 5. | Onyx Acceptance Corp | Secured | 0.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 6,435.00 | 378.66 |
| 7. | Wachovia Dealer Services | Secured | 17,607.71 | 2,678.11 |
| 8. | Chase Home Finance | Secured | 2,479.33 | 55.40 |
| 9. | Deutsche Bank National | Secured | 1,444.57 | 32.28 |
| 10. | Cook County Treasurer | Unsecured | 85.86 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 103.41 | 0.00 |
| 12. | Wachovia Dealer Services | Unsecured | 59.69 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 198.03 | 0.00 |
| 14. | Washml/Prov | Unsecured |  | No Claim Filed |
|  |  |  | $ 31,097.60 | $ 5,828.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 332.71 |
|  | $ 332.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Austin, Kecia | Case Number:  07 B 05959 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/19/08 | Filed:  4/3/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

